# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VIRGINIA NIEVES and
CARTER RINEHART,

    Plaintiffs,

v.                                                    CASE NO.  8:15-cv-2569-T-26TGW

JUDITH E. ADAMS d/b/a
Prime Credit Solutions,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, it is **ORDERED AND ADJUDGED** as follows:

1) Plaintiffs' Motion for Entry of Default (Dkt. 6) is **granted**.  The Clerk is directed to enter a Clerk's default against the Defendant.

2) Plaintiffs, through counsel, are directed to file a motion for final default judgment with supporting affidavits no later than **Thursday, March 17, 2016**, failing which this case will be dismissed without prejudice and without further notice.[1]

3) The order to show cause filed at docket 4 is **discharged**.

---

[1] The Court notes that it would be well within this Court's authority at this time to dismiss this case without prejudice and without further notice based on counsel's failure to abide by the directives of Local Rule 1.07(b).  The Court, however, will not penalize the Plaintiffs based on counsel's failure to adhere to the time requirements of the rule for seeking a clerk's default and a default judgment.

**DONE AND ORDERED** at Tampa, Florida, on March 10, 2016.

      s/*Richard A. Lazzara*
**RICHARD A. LAZZARA**
**UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record