# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF FLORIDA
# TAMPA DIVISION

VIRGINIA NIEVES and
CARTER RINEHART,

    Plaintiffs,

v.                                      CASE NO.  8:15-cv-2569-T-26TGW

JUDITH E. ADAMS d/b/a
PRIME CREDIT SOLUTIONS,

    Defendant.
_____/

## O R D E R

**UPON DUE AND CAREFUL CONSIDERATION** of the procedural history of this case, together with the Plaintiffs' submissions, it is **ORDERED AND ADJUDGED** that the Plaintiffs' Motion for Award of Costs and Attorney's Fees (Dkt. 13) is granted.  The Plaintiffs are awarded $4,430.00 in attorney's fees and $527.40 in costs, for a total award of $4,957.40.  The Clerk is directed to enter judgment in favor of Plaintiffs and against the Defendant in the sum of $4,957.40.

**DONE AND ORDERED** at Tampa, Florida, on April 4, 2016.

                                              s/*Richard A. Lazzara*
                                              **RICHARD A. LAZZARA**
                                              **UNITED STATES DISTRICT JUDGE**

**COPIES FURNISHED TO**:
Counsel of Record